CRIMINAL LAW (§ 1099*)—BILL OF EXCEPTIONS — STATEMENT OF FACTS — FILING — TIME.

Where a statement of facts and bills of exception were not filed until nearly 90 days after adjournment of the court at which defendant was tried, they were subject to a motion to strike.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2866–2880; Dec. Dig. § 1099.*]

Appeal from Sabine County Court; J. B. Lewis, Judge.

C. M. Whitehead was convicted of unlawfully cutting timber on the land of another, and he appeals. Affirmed.

J. W. Minton, of Hemphill, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted for unlawfully cutting timber on the land of another and fined $10.

What purports to be a statement of facts and bills of exceptions were not filed until nearly 90 days after the court at which appellant was tried adjourned. The state makes a motion to strike them out on that account, which is granted. Durham v. State, 155 S. W. 222; De Friend v. State, 153 S. W. 881; Stephens v. State, 158 S. W. 531, 532; Wilson v. State, 160 S. W. 454; Hampton v. State, 161 S. W. 966; Newsome v. State, 162 S. W. 891; and a great many other cases. There is no question raised which can be considered in the absence of a statement of facts.

The judgment is therefore affirmed.

---

PULLUM v. STATE. (No. 3193.)

(Court of Criminal Appeals of Texas. June 24, 1914.)

CRIMINAL LAW (§ 1184*)—APPEAL—REVIEW —DISPOSITION OF CAUSE — DEFECT OF SENTENCE.

Where accused was properly convicted, but the sentence imposed did not comply with the indeterminate sentence law (Acts 33d Leg. c. 132), as it should have done, the clerk of the appellate court will be directed to enter the proper sentence, and the judgment, as reformed, will be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 3199, 3200; Dec. Dig. § 1184.*]

Appeal from District Court, Nacogdoches County; L. D. Guinn, Judge.

E. D. Pullum was convicted of swindling, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. There is no statement of facts. The indictment follows the statute and the approved forms, and properly charges the offense.

The sentence does not comply with the indeterminate sentence law. It should have done so. The clerk of this court will enter the proper order of sentence, and this judgment, as reformed, will be affirmed.